

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

E.J. KIM
DIRECT DIAL: 415.957.3310
PERSONAL FAX: +1 415 520 0366
E-MAIL: EJKim@duanemorris.com

www.duanemorris.com

October 20, 2010

Honorable Magistrate Judge Maria-Elena James
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **National Fire Insurance Co. of Hartford v. Federal Insurance Company**
*U.S.D.C. Northern District of California Case No. CV 10 3540 MEJ*
*National Fire's Requests Leave for a Telephonic Appearance*

Dear Honorable Magistrate Judge Maria-Elena James:

This office represents Plaintiff and Counter-Defendant National Fire Insurance Company of Hartford ("National Fire") in the above referenced case along with Kristin V. Gallagher and April T. Villaverde of Carroll, McNulty & Kull LLC. Pursuant to Local Rule 16-10, National Fire's out of state counsel, Kristin V. Gallagher, hereby respectfully requests leave for a telephonic appearance for the Initial Case Management Conference scheduled for November 18, 2010 at 10:00 a.m.

Ms. Gallagher is lead trial counsel for National Fire in this case and has the requisite knowledge and authority to participate in the Initial Case Management Conference. She resides in New Jersey and has a meeting scheduled in New Jersey the day before the Initial Case Management Conference which would make travel difficult. Therefore, National Fire respectfully requests leave for Kristin V. Gallagher to appear telephonically.

Counsel shall contact the Courtroom Deputy, Brenda Tolbert, at (415) 522-4708 and provide a local or toll-free number at which she may be reached at the time of the hearing. Counsel shall provide the number by November 16, 2010.

Sincerely,

E.J. Kim
Associate

DUANE MORRIS LLP
SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200   SAN FRANCISCO, CA 94105-1127        PHONE: 415.957.3000   FAX: 415.957.3001