*E-Filed 8/10/11*

1 | William J. Baron, Esq., (State Bar No. 111288)
E.J. Kim, Esq., (State Bar No. 250062)
2 | **DUANE MORRIS LLP**
One Market Plaza, Suite 2200, Spear Tower
3 | San Francisco, CA  94105-1127
Telephone: (415) 957-3000
4 | Facsimile: (415) 957-3001
E-mail:    wjbaron@duanemorris.com
5 |              ejkim@duanemorris.com

6 | Kristin V. Gallagher, Esq., *(Pro Hac Vice)*
April T. Villaverde, Esq. *(Pro Hac Vice)*
7 | **CARROLL, McNULTY & KULL LLC**
120 Mountain View Boulevard
8 | Basking Ridge, New Jersey 07920
Telephone: (908) 848-6300
9 | Facsimile: (908) 848-6310
E-mail:    kgallagher@cmk.com
10 |             avillaverde@cmk.com

11 | Attorneys for Plaintiff, NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD

13 | **IN THE UNITED STATES DISTRICT COURT**

14 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15 | **SAN FRANCISCO DIVISION**

17 | NATIONAL FIRE INSURANCE COMPANY OF
HARTFORD, Individually, and as Subrogee to R.
18 | RING ENTERPRISES and Assignee to FELCOR
LODGING TRUST INCORPORATED and DJONT
19 | OPERATIONS, L.L.C. d/b/a EMBASSY SUITES
HOTEL,

20 |                          Plaintiff,

21 |        v.

22 | FEDERAL INSURANCE COMPANY,

23 |                          Defendant.

**Case No.: CV10 3540 RS**

**STIPULATION AND [PROPOSED]
ORDER RE CONTINUANCE OF
HEARING ON CROSS SUMMARY
JUDGMENT MOTIONS FROM
AUGUST 25, 2011 TO SEPTEMBER 29,
2011**

Current Date:            August 25, 2011
Requested Hrg Date: September 29, 2011
Time:                      1:30 PM
Courtroom:              3
Before: Hon. Richard Seeborg

26 |        Plaintiff National Fire Insurance Company of Hartford ("National Fire") and Defendants

27 | Federal Insurance Company ("Federal")  by and through their attorneys of record, stipulate and

28 | agree to continue the hearing on their respective Federal Rule of Civil Procedure Rule 56 summary

1

DM1\2774718.1

judgment motions. National Fire and Federal request a continuance of the Rule 56 motions, presently set for hearing on August 25, 2011, due to counsel for National Fire's recent and unexpected conflict that has arisen on that date. National Fire and Federal have not previously requested a continuance of the Rule 56 motion hearing date.

National Fire and Federal stipulate and agree to a continuance of the hearing on their respective Rule 56 summary judgment motions from August 25, 2011 to September 29, 2011.

**IT IS SO STIPULATED.**

Dated: August _10_, 2011

**DUANE MORRIS LLP**

By: _____
William J. Baron
Yvette D. Roland
Kristin V. Gallagher *(Pro Hac Vice)*
April T. Villaverde. *(Pro Hac Vice)*
Attorneys for Plaintiff
National Fire Insurance Company of Hartford

Dated: August _10_, 2011

**NEWTON REMMEL**

By: _____
Stephen L. Newton
Lenell Topol McCallum
Attorneys for Defendant
Federal Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August _10_, 2011

_____
Hon. Richard Seeborg

STIPULATION RE CONTINUANCE OF HEARING ON CROSS SUMMARY JUDGMENT MOTIONS FROM AUGUST 25, 2011 TO SEPTEMBER 29, 2011