1  William J. Baron, Esq., (State Bar No. 111288)
   DUANE MORRIS LLP
2  One Market Plaza, Suite 2200, Spear Tower
   San Francisco, CA  94105-1127
3  Telephone: (415) 957-3000
   Facsimile: (415) 957-3001
4  E-mail:    wjbaron@duanemorris.com

5  Kristin V. Gallagher, Esq., *(Pro Hac Vice)*
   April T. Villaverde, Esq. *(Pro Hac Vice)*
6  **CARROLL, McNULTY & KULL LLC**
   120 Mountain View Boulevard
7  Basking Ridge, New Jersey 07920
   Telephone: (908) 848-6300
8  Facsimile: (908) 848-6310
   E-mail:    kgallagher@cmk.com
9              avillaverde@cmk.com

10 Attorneys for Plaintiff, NATIONAL FIRE INSURANCE
   COMPANY OF HARTFORD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Individually, and as Subrogee to R. RING ENTERPRISES and Assignee to FELCOR LODGING TRUST INCORPORATED and DJONT OPERATIONS, L.L.C. d/b/a EMBASSY SUITES HOTEL,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>        Defendant. | **CASE NO.: CV10 3540 RS**<br><br>[PROPOSED] **ORDER ON STIPULATION OF NATIONAL FIRE INSURANCE CO. AND FEDERAL INSURANCE CO. RE DISMISSAL WITH PREJUDICE OF ACTION AND COUNTERCLAIMS** |
|---|---|

Having read the Stipulation submitted by the parties in the matter CV10-3540 RS and good cause appearing,

1

[PROPOSED] ORDER ON STIPULATION OF NATIONAL FIRE INSURANCE CO. AND FEDERAL INSURANCE CO. RE DISMISSAL WITH PREJUDICE OF ACTION AND COUNTERCLAIMS

DM1\3389488.1 01916/00020

**IT IS ORDERED** that:

(a) Pursuant to the terms and conditions of the Stipulation of the Parties Re Dismissal, the entire action and counterclaims are dismissed with prejudice.

(b) Each Party is to bear its own costs and attorney's fees; and costs.

DATED: June __19__, 2012

_____
Judge, United States District Court