William J. Baron, Esq., (State Bar No. 111288)
DUANE MORRIS LLP
One Market Plaza, Suite 2200, Spear Tower
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
E-mail:    wjbaron@duanemorris.com

Kristin V. Gallagher, Esq., *(Pro Hac Vice)*
April T. Villaverde, Esq. *(Pro Hac Vice)*
**CARROLL, McNULTY & KULL LLC**
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
Telephone: (908) 848-6300
Facsimile: (908) 848-6310
E-mail:    kgallagher@cmk.com
           avillaverde@cmk.com

Attorneys for Plaintiff, NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Individually, and as Subrogee to R. RING ENTERPRISES and Assignee to FELCOR LODGING TRUST INCORPORATED and DJONT OPERATIONS, L.L.C. d/b/a EMBASSY SUITES HOTEL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | **CASE NO.: CV10 3540 RS**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF NATIONAL FIRE INSURANCE CO. AND FEDERAL INSURANCE CO. RE DISMISSAL WITH PREJUDICE OF ACTION AND COUNTERCLAIMS** |

Having read the Stipulation submitted by the parties in the matter CV10-3540 RS and good cause appearing,

1

1  **IT IS ORDERED** that:

2  (a) Pursuant to the terms and conditions of the Stipulation of the Parties Re Dismissal,

3  the entire action and counterclaims are dismissed with prejudice.

4  (b) Each Party is to bear its own costs and attorney's fees; and costs.

5

6  DATED: June __19__, 2012                    _____
                                                Judge, United States District Court